```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE GRULLON,                                               :
                                                            :     21-CV-8515 (GHW) (RWL)
                              Plaintiff,                    :
                                                            :
          - against -                                       :     ORDER
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 19, 2021, the Court issued an Order: (1) directing Defendant to file the certified transcript of the administrative record, (2) directing Plaintiff to serve a written proposal for settlement on counsel for Defendant 30 days thereafter, and (3) directing the parties to file either a stipulation of dismissing, remanding, or otherwise resolving the case, or to file a joint letter informing the Court that the parties were unable to resolve the case and were proceeding to brief their respective positions within 30 days of service of Plaintiff's settlement proposal. (Dkt 7.) The Defendant filed the record on March 25, 2022. (Dkt. 16.)

Under the Order at Dkt. 7, the parties should have either filed a stipulation or joint letter by May 24, 2022. No later than **June 8, 2022**, the parties shall file either a stipulation or joint letter as required by the Court's prior order.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1